B16A (Official Form 16A) (12/07)

Form 16A. CAPTION (FULL)

**FILED**
2015 OCT 19 PM 2 16
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

# United States Bankruptcy Court

Southern District Of Ohio

In re James J. Perkins,
Marianne F. Perkins    )
*[Set forth here all names including married,*    )
*maiden, and trade names used by debtor within*    )
*last 8 years.]*    )
                   Debtor    ) Case No. 2:14-bk-52890

Address 5707 S. Cass Ave #898    )
Westmont, IL 60559    ) Chapter 13

Last four digits of Social-Security or Individual Tax-
Payer-Identification (ITIN) No(s).,(if any): 5402    ) Judge: Preston

Employer Tax-Identification (EIN) No(s).(if any): _____    )

*[Designation of Character of Paper]*

Please change address of Debtors to:

Perkins
5707 S. Cass Ave.
#898
Westmont, IL
60559

*Marianne Perkins*
*James Perkins*